# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Penney MILLETT, on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>EMERALD GROVES, INC., an Arizona corporation, Ahmed HASSAN and Jennifer HASSAN,<br><br>Defendants. | No. CV-11-0184-PHX-DGC<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING CASE WITH PREJUDICE** |

Upon the joint motion of Plaintiffs Penney Millett, Susan Hartwell, and Laura Henderson Lofton and Defendants Emerald Groves, Inc., Ahmed Hassan, and Jennifer Hassan (collectively, the "Parties"), and good cause appearing,

IT IS HEREBY ORDERED that the Parties' Settlement Agreement ("Agreement") for the compromise and dismissal of this matter is hereby APPROVED. The Court further orders that this action be DISMISSED WITH PREJUDICE as to the individual claims asserted, with each party to bear her or its own fees and costs. Additionally, the Court orders that this action be DISMISSED WITHOUT PREJUDICE as to any putative class claims alleged in the Complaint.

DATED this 27th day of April, 2011.

_____
David G. Campbell
United States District Judge